# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

OMAR GILLIAM
Reg. #23606-009                                              PETITIONER

v.                          No. 2:19-cv-37-DPM

DEWAYNE HENDRIX, Warden,
and UNITED STATES
DEPARTMENT OF JUSTICE                                        RESPONDENTS

## ORDER

Unopposed recommendation, № 2, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Gilliam's § 2241 petition will be dismissed without prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 May 2019