# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

OMAR GILLIAM
Reg. #23606-009                                                        PETITIONER

v.                               No. 2:19-cv-37-DPM

DEWAYNE HENDRIX, Warden,
and UNITED STATES
DEPARTMENT OF JUSTICE                                                  RESPONDENTS

## JUDGMENT

Gilliam's petition is dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

9 May 2019